# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** United States of America

v. Aaron J. Thorpe

**Case No:** 23-3027

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained ○ Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel for the ○ Appellant(s)/Petitioner(s) ○ Appellee(s)/Respondent(s) ○ Intervenor(s) ● Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Keenan Roarty

### Counsel Information

Lead Counsel:

Direct Phone: (___) _____ Fax: (___) _____ Email:

2nd Counsel: Sean Marotta

Direct Phone: (202) 637 4881 Fax: (202) 637 5910 Email: sean.marotta@hoganlovells.com

3rd Counsel:

Direct Phone: (___) _____ Fax: (___) _____ Email:

Firm Name: Hogan Lovells US LLP

Firm Address: 555 Thirteenth Street, NW, Washington, DC 20004

Firm Phone: (202) 637 5600 Fax: (202) 637 5910 Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)